1
2
3
4
5
6        # UNITED STATES DISTRICT COURT
7                EASTERN DISTRICT OF CALIFORNIA
8
9   GINA MYERS,                          )    Case No.: 1:12-at-00152
                                         )
10                                       )    **ORDER GRANTING APPLICATION TO**
            Plaintiff,                   )    **PROCEED IN FORMA PAUPERIS**
11                                       )
       v.                               )
12                                       )    (Doc. 3)
   MICHAEL J. ASTRUE,                    )
13  Commissioner of Social Security,      )
                                         )
14                                       )
            Defendant.                   )
15  _____ )
16

17       Plaintiff Gina Myers filed a complaint on March 12, 2012, along with an application to

18  proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

19  entitlement to proceed without prepayment of fees.

20       Accordingly, IT IS HEREBY ORDERED THAT:

21       1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22       2.    The Clerk of Court is DIRECTED to issue a summons; and

23       3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24             and this order upon the defendant as directed by the plaintiff.

25  IT IS SO ORDERED.

26  **Dated:    March 12, 2012**            _____/s/ **Sheila K. Oberto**_____
                                            UNITED STATES MAGISTRATE JUDGE
27

28