# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MYERS, | ) Case No.: 1:12-at-00152 |
| | ) |
| | ) **ORDER GRANTING APPLICATION TO** |
| Plaintiff, | ) **PROCEED IN FORMA PAUPERIS** |
| | ) |
| v. | ) |
| | ) (Doc. 3) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff Gina Myers filed a complaint on March 12, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.    The Clerk of Court is DIRECTED to issue a summons; and

3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:    March 12, 2012**                        _/s/ **Sheila K. Oberto**_
                                                UNITED STATES MAGISTRATE JUDGE