1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | | |
|---|---|---|
| GINA  MYERS, | ) | CASE NO. 1:12-cv-00378-LJO-GSA |
|      Plaintiff, | ) | |
| | ) | |
|     v. | ) | |
| | ) | ORDER FOR AN |
| COMMISSIONER OF SOCIAL | ) | EXTENSION OF TIME TO SUBMIT |
| SECURITY, | ) | PLAINTIFF'S CONFIDENTIAL BRIEF |
|      Defendant. | ) | |
| | ) | |

10
11
12
13
14
15
16
17
18

     Pursuant to the stipulation filed by the parties, Plaintiff  shall file her confidential letter brief no later than September 30, 2012.  The other dates in the scheduling order are hereby modified accordingly.

19
20
21

   IT IS SO ORDERED.

**Dated:   September 5, 2012**             **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28