UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MYERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>    Defendant. | **12-cv-378 LJO GSA**<br><br>**ORDER ADOPTING FINDINGS AND RECEOMMENDATIONS**<br><br>**(Docs. 18 and 20)** |

    Plaintiff, Gina Myers ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her applications for disability insurance benefits and supplemental security income. (Docs. 1 and 18). On July 10, 2013, the Magistrate Judge issued Findings and Recommendations recommending that the Commissioner's decision be affirmed. (Doc. 20). The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within thirty (30) days. No party has timely filed an objection.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a

1

*de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated July 10, 2013 (Doc. 20) are ADOPTED IN FULL;

2. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security is DENIED and judgment shall be entered in favor of Defendant Carolyn Colvin and against Plaintiff Gina Myers; and

3. This order terminates the case in its entirely.  The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **August 13, 2013**             **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE